### DAN ISLEY v. FULLERTON, District Judge.

No. A-4212.     Opinion Filed May 23, 1923.

(215 Pac. 1118.)

Mandamus by Dan Isley against S. C. Fullerton, District Judge, to compel defendant to certify his disqualification to try petitioner, informed against for a violation of the gambling laws. Cause dismissed.

F. W. Church and Preston S. Davis, for petitioner.

S. P. Freeling, Atty. Gen., C. W. King, Asst. Atty. Gen., and A. W. Turner, Co. Atty., for respondent.

PER CURIAM. This is a petition of Dan Isley, charged by information in the district court of Ottawa county with a violation of the gambling laws, for a writ of mandamus to compel S. C. Fullerton, District Judge, to certify his disqualification in said case, filed in this court on February 20, 1922, which cause by agreement of the parties was on the return day of the alternative writ dismissed.